# Exhibit B

Case: 1:14-cv-00948 Document #: 1-2 Filed: 02/11/14 Page 2 of 15 PageID #:113



# A COMPANY YOU CAN TRUST

**2013** Edition





A GUGGENHEIM PARTNERS COMPANY

> "Organizations in tune with the unprecedented challenges of retirement that develop products to address these concerns will be the leaders in providing the reassurance Americans need to tackle their financial uncertainties."
>
> — Michael P. Kiley



# Thank you for considering Security Benefit for your retirement.

More than 120 years ago, 11 men with $11 formed Security Benefit to provide life insurance coverage for everyday working people. It was a novel idea in 1892, when life insurance was almost exclusively for the affluent.

These men were visionaries and innovators in providing financial security to others … and we are still doing that today.

The 78 million baby boomers facing retirement have real concerns and are seeking answers; and, like all of us, these individuals cannot afford to fail. Organizations in tune with the unprecedented challenges of retirement that develop products to address these concerns will be the leaders in providing the reassurance Americans need to tackle their financial uncertainties.

More of our products are in consumers' hands than ever before. They trust us to deliver products that will help them through their retirement. The demand we are experiencing indicates that we are providing the right product, at the right time, and through the right financial professionals. A 500% increase in sales between 2010 and 2012 would further support this statement.

Continued success in the retirement market is, and will continue to be, greatly enhanced by our relationship with Guggenheim Partners. As a broadly diversified financial services firm, specializing in fixed income money management, Guggenheim Investments, the investment management business of Guggenheim Partners, plays an important role in our success and continued growth. Managing and growing our general account assets and generating a superior return will help to push that growth. This means two things – we will continue to serve this market for decades to come; and, most importantly, it provides us an even greater ability to offer you competitive products and rates.

We recognize that America's pre- and post-retirees are at a critical financial juncture. However, with the guidance of a financial advisor, you can take a proactive position to better manage your future and improve your odds of success. No one should be in a situation where they are outliving their money – a critical truth that we are working to help you avoid. As we work through and solve for these demanding times, partner with your advisor to help you take control of your retirement.

**Michael P. Kiley**
Chief Executive Officer
Security Benefit Corporation



Case: 1:14-cv-00948 Document #: 1-2 Filed: 02/11/14 Page 5 of 15 PageID #:116

The Security Benefit Plaza houses several financial organizations in a 307,000-square-foot facility, as well as on-site childcare for our associates with children.



Men hold signs promoting the Knights and Ladies of Security insurance company, founded in 1892.

# WHO WE ARE



## About Security Benefit

Security Benefit Corporation, a Guggenheim Partners Company, is a leading provider of retirement savings and income solutions for America's pre-and post-retirees. Security Benefit Corporation targets multiple wealth segments and channels of distribution through our commitment to a more focused, effective and strategically driven distribution structure.

With a strong vision and renewed vigor, as well as the support and expertise of Guggenheim Partners and Guggenheim Investments, we are positioned to successfully accomplish significant and sustained growth, as proven in our upward trajectory.

Our history and strength lie in specialty markets (as illustrated in our history on page 4). We took that core capability and strength and applied it to expanding our presence to the full range of retirement markets and wealth segments. With these strategies in place, we have experienced tremendous growth over most of our peers.

By leveraging the superior general account management capabilities of Guggenheim Investments, we are able to provide you highly competitive products and rates through a select independent distribution model that addresses your retirement income needs. Security Benefit is indirectly controlled by Guggenheim Partners, LLC. Learn more about Security Benefit by visiting **SecurityBenefit.com.**

3



## The Security Benefit Story

In a small Topeka, Kansas, drugstore in 1892, Dr. H.A. "Doc" Warner encouraged 11 men to contribute $1 each to help form "The Knights and Ladies of Security." The forward-thinking fraternal society was among the first to accept women as equals, provide life insurance to everyday people and focus on caring for the community. These core values served as the foundation upon which Security Benefit is built today.

Later known as the Security Benefit Association, SBA continued to show its commitment to helping the community. Members donated nickels to help fund a mutual cooperative farm, a children's orphanage, a home for the elderly, a private school and a hospital. The first dormitory to accommodate children who were orphans of members was fondly called "The Home That Nickels Built."

During World War I and World War II, SBA offered expanded coverage to members who served in the military, despite the financial turmoil the wars caused for the organization. A Patriotic Fund was created by members to support fellow military members.

After World War II, SBA evolved from a fraternal society to Security Benefit Life Insurance Company (SBL), a mutual reserve life insurance company.

In the 1960s and '70s, we introduced one of the first Variable Annuities (VAs) in the country. Around that same time, the organization noticed a void in the area of education. Helping educators retire was placed at the forefront of our initiatives. Eventually, the organization was named the provider of retirement savings products for the National Education Association (NEA).

During this same period and, in anticipation of the flood of those who would be retiring in the coming decades – the parents of baby boomers and the boomers themselves – we placed additional emphasis on retirement and retirement products. Over the late 1970s and early '80s, we exited the life, health and disability markets and became one of the first insurance companies to exclusively pursue the retirement market. Then in 2010, we were acquired by an investor group led by Guggenheim Partners. Our relationship with Guggenheim Partners has become a leading industry example of how business can work.

Impressive strides have been made. Over the last three years, we have received four upgrades from S&P® and three upgrades from A.M. Best at a time when the industry and many within it were being downgraded. We believe this speaks to the success we are pursuing and experiencing.



World War I soldier members.

Security Benefit Life's 2012 Total Policyholder's Surplus was $774 million[1]; our Total Statutory Adjusted Capital[2] was $907 million. This level reinforces our confidence that our obligations to our customers will continue to be paramount, just as they have for the last 120 years. With that as our focus, we will help our customers meet their retirement goals.

[1] As of December 31, 2012.
[2] Total Statutory Adjusted Capital represents Total Policyholder's Surplus plus the Asset Valuation Reserve.



## About Guggenheim Partners

Guggenheim Partners is a privately held global financial services firm with more than $180 billion in assets under management.[3] The firm provides asset management, investment banking and capital markets services, insurance services, institutional finance and investment advisory solutions to institutions, governments and agencies, corporations, investment advisors, family offices and individuals.

- **$180 billion** assets under management[4]
- **$88 billion** institutional fixed income[4]
- **$60 billion** insurance company general account assets[5]

Guggenheim Investments is the investment management business of Guggenheim Partners. Guggenheim's overall goal is to deliver superior risk-adjusted returns to protect and grow the clients' capital. Within each mandate, they recognize that clients often have specific requirements for income, yield and duration, among other objectives.

Guggenheim Investments' investment management expertise is demonstrated through its industry-wide recognition and accolades. This attribute, coupled with Security Benefit Life's retirement product success, make Security Benefit and Guggenheim Partners a successful example in the area of insurance services.

Guggenheim Partners is dual-headquartered in New York and Chicago and serves clients around the world from more than 26 offices in eight countries. For more information, please visit **www.guggenheimpartners.com.**



---

[3]Assets under management are as of March 31, 2013, and include consulting services for clients whose assets are valued at approximately $37 billion.
[4]As of March 31, 2013.
[5]As of December 31, 2012.

5



"Security Benefit Life climbs among top fixed annuity players"

– Investment News

Security Benefit headquarters in Topeka, Kansas.

Darla Mercado. "Guggenheim's Security Benefit Life climbs among top fixed annuity players." Investment News. 4 December 2012. Web.



We are actively hiring, developing new products and moving into new markets with the single goal of helping customers retire on their terms.



# STRENGTH IN NUMBERS



## Key Financial Statistics

2012 Statutory Revenues: **$2.903 billion**[6]
2012 Total Policyholder's Surplus: **$774 million**[6]

Today, Security Benefit Life Insurance Company is a growth company with $15.4 billion in assets[6] – a 46% increase in asset growth over 2011. We are actively hiring, developing new products and moving into new markets with the single goal of helping customers retire on their terms.

Another sign of our financial strength can be seen in Security Benefit Life's solvency ratio, which was 105.29% on December 31, 2012. Solvency, a financial-strength measurement, is the ability of a corporation to meet its financial obligations, both short-term and long-term. For an insurance company, such obligations include the benefits it has agreed to pay its customers, such as the living or death benefits on annuity contracts. There are numerous ways to measure an insurer's solvency or financial strength, some objective and some subjective. Solvency ratio is one of these measures. Other measures include Return on Assets (ROA), Return on Equity (ROE), Risk-based Capital (RBC), cash flow, liquidity and diversification of investments.

Solvency ratios take all of an insurer's assets (both general and separate accounts) and divide that number by its total liabilities. The quality of the assets, liquidity, diversification and other factors are not included in the ratio. In addition, liabilities may fluctuate daily. We are pleased with SBL's strong solvency ratio.

The ratings of SBL and other companies are shown in the chart on page 9. The purpose of the ratings is to reflect the financial strength of the insurer and should not be considered to have a bearing on the investment performance of assets held in any SBL separate account. Rating agencies take many factors into account when assigning a financial strength or claims-paying rating to an insurer. For a more complete understanding of the reasons for the ratings assigned to SBL, please refer to the ratings assessment of SBL.

We encourage those interested in SBL's financial position to review our statutory financial statements on our website (SecurityBenefit.com). You can also receive copies of SBL's statutory and GAAP financial statements by calling us at **800.888.2461**.

[6]As of December 31, 2012.

8

> "Security Benefit Life **takes the lead** in Fourth Quarter."
>
> – Beacon Research

Beacon Research. "Indexed and Income Annuities Set Sales Records in 2012, Beacon Reports." www.beaconresearch.net. 27 March 2013. Web.



## Our Financial Strength Today
Security Benefit Life as compared to those considered our peer insurance companies.

|  | S&P® Rating | A.M. Best Rating | Solvency |  |
|---|---|---|---|---|
| **Security Benefit Life Insurance Company** | **A-** | **B++** | **105.29** |  |
| ING Life Insurance and Annuity Company | A- | A | 102.50 | Insurance companies with an A.M. Best rating of 'A' have a median solvency of 106.05%. |
| Horace Mann Life Insurance Company | A | A | 105.84 |  |
| Allianz Life Insurance Company of North America | AA | A | 105.99 |  |
| Life Insurance Company of the Southwest | A | A | 106.05 |  |
| Variable Annuity Life Insurance Company | A+ | A | 106.38 |  |
| Symetra Life Insurance Company | A | A | 108.12 |  |
| Great American Life Insurance Company | A+ | A | 108.37 |  |
| Midland National Life Insurance Company | A+ | A+ | 106.91 |  |
| Pacific Life Insurance Company | A+ | A+ | 106.51 |  |
| MetLife Investors Insurance Company | AA- | A+ | 105.30 |  |
| Metropolitan Life Insurance Company | AA- | A+ | 104.13 | Insurance companies with an A.M. Best rating of 'A+' have a median solvency of 103.35%. |
| Nationwide Life Insurance Company | A+ | A+ | 103.73 |  |
| Lincoln National Life Insurance Company | AA- | A+ | 103.69 |  |
| AXA Equitable Life Insurance Company | A+ | A+ | 103.35 |  |
| Jackson National Life Insurance Company | AA | A+ | 103.24 |  |
| Principal Life Insurance Company | A+ | A+ | 103.13 |  |
| Pruco Life Insurance Company | AA- | A+ | 102.81 |  |
| Great-West Life & Annuity Insurance Company | AA | A+ | 102.32 |  |
| MetLife Investors USA Insurance Company | AA- | A+ | 102.05 |  |
| Prudential Retirement Insurance & Annuity Company | AA- | A+ | 101.57 |  |

S&P® Ratings taken from StandardandPoors.com as of April 18, 2013.
Sorted by solvency ratio within ratings category as of April 18, 2013, as provided by A.M. Best Global Insurance Database.
Solvency ratios provided by A.M. Best as of December 31, 2012.

## LOOKING AHEAD
Security Benefit is a financially sound company committed to providing our customers with financial guidance now and into the next 100 years. We are dedicated to providing financial tools and solutions for you, your children and your grandchildren. Join us and let us help guide you on your journey.



# RETIRE CONFIDENTLY

Let Security Benefit help you work toward your goal of a comfortable and secure retirement. We offer a range of retirement solutions including:

- Effective retirement-planning vehicles
- Guaranteeing a stream of income you cannot outlive[7]
- Access to your money when you need it[8]
- Tax-deferral products[9]

These attractive features, coupled with Security Benefit's company history, solid capital position and solvency, make it a wise choice for complementing your retirement portfolio. We are poised for growth and excited about the opportunity to show our commitment to you.

Ask your Financial Professional if a Security Benefit product could be right for you and let us help you navigate the future with confidence.

**800.888.2461**

Services are offered through and securities are distributed by **Security Distributors, Inc.**, a subsidiary of SBL, which is wholly owned by Security Benefit Corporation ("Security Benefit"). Security Benefit is indirectly controlled by Guggenheim Partners, L.L.C.

[7]Guarantees are subject to the claims-paying ability of the issuing insurance company.

[8]Depending on the product, early withdrawals will be subject to a surrender charge, bonus recapture and/or market value adjustment.

[9]Withdrawals are subject to ordinary income tax and, if made before age 59½, may be subject to a 10% IRS penalty tax.



A GUGGENHEIM PARTNERS COMPANY

**800.888.2461**
One Security Benefit Place, Topeka, KS 66636-0001
SecurityBenefit.com

38-10670-01  2013/04/15