**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:14-cv-00948
CLARICE WHITMORE, et al. v. GUGGENHEIM PARTNERS LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Clarice Whitmore and Helga Maria Schulzki

| |
|---|
| NAME (Type or print) <br> Elizabeth A. Fegan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elizabeth A. Fegan |
| FIRM <br> Hagens Berman Sobol Shapiro LLP |
| STREET ADDRESS <br> 1144 W. Lake Street, Suite 400 |
| CITY/STATE/ZIP <br> Oak Park, IL 60301 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06229226 | TELEPHONE NUMBER <br> (708) 628-4949 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐