IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARICE WHITMORE and HELGA MARIA SCHULZKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GUGGENHEIM PARTNERS, LLC, SECURITY BENEFIT LIFE INSURANCE COMPANY, GUGGENHEIM LIFE AND ANNUITY COMPANY, and EQUITRUST LIFE INSURANCE COMPANY, <br><br> Defendants. | No. 1:14-cv-00948 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by their undersigned attorneys, Plaintiffs voluntarily dismiss the above-captioned litigation without prejudice to any rights that they may have individually and/or on behalf of all those similarly situated. Defendants have not yet appeared or filed either an answer or motion for summary judgment, making voluntary dismissal pursuant to Rule 41(a)(1) appropriate.

Dated: February 12, 2014      Respectfully submitted,

                                                      HAGENS BERMAN SOBOL SHAPIRO LLP

                                                      By: */s/ Elizabeth A. Fegan*
                                                      Elizabeth A. Fegan
                                                      Hagens Berman Sobol Shapiro LLP
                                                      1144 W. Lake Street, Suite 400
                                                      Oak Park, IL 60301
                                                      Telephone: (708) 628-4949
                                                      Facsimile: (708) 628-4950
                                                      E-mail: beth@hbsslaw.com

Steve W. Berman
Sean R. Matt (to be admitted *Pro Hac Vice*)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey (to be admitted *Pro Hac Vice*)
Hagens Berman Sobol Shapiro LLP
11 West Jefferson, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-mail: rob@hbsslaw.com

Andrew S. Friedman (to be admitted *Pro Hac Vice*)
Francis J. Balint, Jr. (to be admitted *Pro Hac Vice*)
235 East Camelback Road
Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
E-mail: afriedman@bffb.com
E-mail: fbalint@bffb.com

Erin Dickinson (to be admitted *Pro Hac Vice*)
Chuck Crueger (to be admitted *Pro Hac Vice*)
Hansen Reynolds Dickinson Crueger LLC
316 N. Milwaukee St., Suite 200
Milwaukee, WI 53202
Telephone: (414) 273-8474
Facsimile: (414) 273-8476

Ingrid M. Evans (to be admitted *Pro Hac Vice*)
Elliot Wong (to be admitted *Pro Hac Vice*)
Evans Law Firm, Inc.
3053 Fillmore Street, # 236
San Francisco, CA 94123
Telephone: (415) 441-8669
Facsimile: (888)891-4906
  *Attorneys for Plaintiffs*